IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACK BARRESI,

    Plaintiff,

v.    Civil Action No. **3:25CV294**

SARAH R. MURPHY,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on May 2, 2025, the Court conditionally docketed Plaintiff's action. On May 19, 2025, the United States Postal Service returned the May 2, 2025 Memorandum Order to the Court marked, "NOT HERE," and "RETURN TO SENDER." (ECF No. 4.)[1] Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ John A. Gibney, Jr.
Senior United States District Judge

Date: 5/27/25
Richmond, Virginia

---

[1] Plaintiff was apparently released from custody on April 23, 2025. (ECF No. 5, at 1.)